UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY WALLACE, Plaintiff, v. DENIS MCDONOUGH, Secretary, U.S. Department of Veterans Affairs, Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22-10631-MJJ |

## SPECIAL VERDICT FORM

1. Did the plaintiff, Kimberly Wallace, prove by a preponderance of the evidence that she sustained harm as a proximate result of the discriminatory conduct?

   Yes __✓__   No _____

[If your answer to Question #1 is "yes," proceed to Question #2. If your answer is "no," go to the end to sign and date this verdict form.]

2. What amount of money, if any, do you find Kimberly Wallace has proved, by a preponderance of the evidence, to be fair, adequate and reasonable compensation for harm to her by the discriminatory conduct?

   [numbers] $ _100,000_____

   [written out] _One Hundred Thousand_____

I certify that the answer(s) to the question(s) is/are unanimous.

Dated: _04/19_, 20_24_    _Joshua M Prue_____
    Jury Foreperson